CL

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| HELSINN HEALTHCARE S.A.,<br><br>Plaintiff,<br>v.<br><br>ACTAVIS LLC,<br><br>Defendant. | Civil Action No. 16-1683 (SRC)(CLW)<br><br>(Filed Electronically) |

### STIPULATION OF DISMISSAL

WHEREAS, Plaintiff Helsinn Healthcare S.A. ("Helsinn") and Defendant Actavis LLC ("Actavis") are parties to the above-captioned patent infringement action;

WHEREAS, Actavis hereby represents to Helsinn that, on or around February 22, 2019, Actavis requested the withdrawal of its New Drug Application ("NDA") No. 208426 to the United States Food and Drug Administration; and

WHEREAS, Actavis's withdrawal of NDA No. 208426 moots the parties' claims and defenses in this action;

NOW THEREFORE, Helsinn and Actavis stipulate and agree, through their undersigned counsel, that all claims and affirmative defenses asserted by the parties against each other in the present action are hereby dismissed without prejudice and without costs, disbursements, or attorneys' fees to any party.

**SO STIPULATED:**

Dated: May 14, 2019

s/ Charles M. Lizza
Charles M. Lizza
William C. Baton
Sarah A. Sullivan
SAUL EWING ARNSTEIN & LEHR LLP
One Riverfront Plaza, Suite 1520
Newark, New Jersey 07102-5426
(973) 286-6700
clizza@saul.com

*Of Counsel*:

Joseph M. O'Malley, Jr.
Eric W. Dittmann
Young J. Park
Isaac S. Ashkenazi
Maria C. Nunez
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10166
(212) 318-6000
josephomalley@paulhastings.com
ericdittmann@paulhastings.com
youngpark@paulhastings.com
isaacashkenazi@paulhastings.com
marianunez@paulhastings.com

*Attorneys for Plaintiff
Helsinn Healthcare S.A.*

s/ James S. Richter
James S. Richter
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
(212) 294-6700
jrichter@winston.com

George C. Lombardi
WINSTON & STRAWN LLP
35 West Wacker Drive
Chicago, Illinois 60601
glombardi@winston.com

Jovial Wong
Zachary Cohen
WINSTON & STRAWN LLP
1700 K Street
Washington, DC 20006
(202) 282-5000
jwong@winston.com
zcohen@winston.com

*Attorneys for Defendant
Actavis LLC*

**SO ORDERED** this 15 day of May, 2019

Hon. Stanley R. Chesler, U.S.D.J.